AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Central District of California

Board of Trustees of the Sheet Workers' Pension Plan of Southern California, Arizona and Nevada, )
*Plaintiff* )
v. ) Civil Action No. 2:21-cv-03926-VAP-AGRx
Ruben J. Martinez )
*Defendant* )

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 10/04/2021.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 2/3/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk* 1260

KRYSTAL PASTRANA HERNANDEZ

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada,

    Plaintiff,

v.

Ruben J. Martinez,

    Defendant.

Case No. 2:21-v-03926-VAP-AGRx

**Default Judgment
(Dkt. 14)**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment issued herewith, judgment is hereby entered in favor of Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada.

Pursuant to this Default Judgment, the Court awards Plaintiff $59,247.66 in monetary damages plus post judgment interest accruing at the rate allowed by federal law.

**IT IS SO ORDERED.**

Dated:    10/1/21

                                 Virginia A. Phillips
                                 United States District Judge

I hereby attest and certify on  2/2/22
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

